UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIO and PATRICIA TALAMANTE, a married couple, TALAMANTE FAMILY TRUST,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>MORTGAGE PORTFOLIO SERVICES, *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:15-cv-00971-JAD-GWF<br><br>**ORDER** |

　　　This matter is before the Court on Chris Sullivan's Motion to Withdraw as Counsel for Plaintiffs Mario and Patricia Talamante and the Talamante Family Trust (#9), filed on June 25, 2015.

　　　Counsel was ordered to serve the Motion on his clients and to provide the Court with proof of service.  *See* Minute Order (#10).  More than 30 days have passed since the Court's Order, and counsel has not provided proof of service.  Accordingly,

　　　**IT IS HEREBY ORDERED** that Chris Sullivan's Motion to Withdraw as Counsel for Plaintiffs Mario and Patricia Talamante and the Talamante Family Trust (#9) is **denied** without prejudice.

　　　**DATED** this 31st day of July, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge