UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Mario Talamante, *et al.*,<br><br>Plaintiff<br><br>v.<br><br>Mortgage Portfolio Services, *et al.*,,<br><br>Defendants | Case No.: 2:15-cv-00971-JAD-GWF<br><br>**Order Adopting Report and Recommendation [ECF 17]** |

Magistrate Judge George Foley, Jr. entered a report and recommendation on September 15, 2015, recommending that I dismiss plaintiffs' complaint without prejudice for violation of this court's previous order. ECF 17. Objections were due by October 2, 2015, and plaintiffs have not filed an objection. LR IB 3–2.

"[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Accordingly, and with good cause appearing,

It is hereby ORDERED that Magistrate Judge Foley's Report and Recommendation **[ECF 17]** is **ACCEPTED** and his findings and conclusions are adopted;

It is further ORDERED that plaintiffs' complaint is **DISMISSED** without prejudice. The Clerk of Court is instructed to CLOSE THIS CASE.

DATED October 9, 2015.

_____
Jennifer A. Dorsey
United States District Judge